IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JOSE SARABIA-GARCIA,<br><br>              Defendant. | 8:02CR164<br><br>ORDER |

This matter is before the Court on plaintiff's motion for dismissal without prejudice (Filing No. 650) of the Superseding Indictment. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for dismissal is granted. The Superseding Indictment against the defendant is dismissed without prejudice.

Dated this 20th day of May, 2015.

BY THE COURT:

   s/Joseph F. Bataillon
JOSEPH F. BATALLION
Senior United States District Judge